**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Wayne Achille MCALLISTER, Defendant—Appellant.**

No. 05–6628.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2005.

Decided Nov. 16, 2005.

Wayne Achille McAllister, Appellant Pro Se. Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Achille McAllister appeals the district court's order denying relief on his petition for writ of error audita querela under the All Writs Act, 28 U.S.C. § 1651(a) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. McAllister,* No. CR–01–57–MU (W.D.N.C. Apr. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*